**No. 09-9390. Doris Ann Hall, Petitioner v. Merit Systems Protection Board.**

559 U.S. 1078, 130 S. Ct. 2141, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3299.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 342 Fed. Appx. 603.